JAGDEEP HANSRA (SBN 280689)
HANSRA LAW, P.C.
111 North Market Street, Suite 300
San Jose, CA 95113
Tel: (408) 475-7454
Fax: (408) 904-5236
Email: jh@jshlaw.com

Attorneys for Plaintiff
HARIT NIJJAR DBA CODDINGTOWN DENTAL CARE

SIMRAN SINGH (SBN 241236)
LAW OFFICES OF SIMRAN K. SINGH
P.O. Box 3746
Saratoga, CA 95070
Tel: (408) 874-6620
Fax: (408) 725-7150
Email: ssingh@law.singh.com

Attorneys for Plaintiff
HARIT NIJJAR dba CODDINGTOWN DENTAL CARE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARIT NIJJAR, an individual, dba CODDINGTOWN DENTAL CARE<br><br>    Plaintiff.<br><br>  v.<br><br>AGI PUBLISHING, INC., a California Corporation dba VALLEY YELLOW PAGES, and DOES 1 through 25, inclusive,<br><br>    Defendant(s). | Case No.: 4:14-CV-2442-DMR<br><br>**STIPULATION OF DISMISSAL** |

This Stipulation is entered into by Harit Nijjar dba Coddingtown Dental Care ("Plaintiff") and AGI Publishing, Inc., dba Valley Yellow Pages ("Defendant"). The parties to this Stipulation shall collectively be referred to herein as "the Parties" and individually as

1

**STIPULATION OF DISMISSAL**

"Party."

**RECITALS**

A.    On April 25, 2014, Nijjar, as Plaintiff filed a Complaint ("**Complaint**") against AGI and Does 1 through 25, inclusive as Defendants in the Superior Court of the State of California, County of Sonoma ("**State Court**"), Case No. SCV 255359 ("**State Court Action**").

B.    On May 27, 2014, AGI removed the State Court Action into United States District Court for the Northern District of California Case No. 4:14-cv-02442 ("**District Court Action**").

C.    On June 3, 2014, AGI filed an answer ("**Answer**") in the District Court Action in response to the Complaint.

D.    On or about June 6, 2014, the Parties entered into a Settlement and Release Agreement (the "Agreement").

NOW, THEREFORE, for and in consideration of the terms, covenants, and conditions described herein, the Parties enter into this Stipulation.

**STIPULATION**

The Parties stipulate and agree, by and through their respective counsel, that:

a.    The above-captioned action should be dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

b. The parties further stipulate that the parties shall bear their own attorney's fees, expenses, and costs.

Dated: June _10__, 2014             **HANSRA LAW PC**

                                    By: /s/ Jagdeep Hansra
                                    Name: Jagdeep Hansra
                                    Attorneys for Plaintiff HARIT NIJJAR
                                    dba CODDINGTOWN DENTAL CARE

Dated: June _10__, 2014             **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                    By: /s/ Mina I. Hamilton
                                    Name: Mina I. Hamilton
                                    Attorneys for Defendant AGI
                                    PUBLISHING, INC. dba VALLEY
                                    YELLOW PAGES

I attest that concurrence in the filing of this document from counsel for AGI Publishing, Inc. dba Valley Yellow Pages was obtained.

Dated: June _12__, 2014             **HANSRA LAW PC**

                                    By: /s/ Jagdeep Hansra
                                    Name: Jagdeep Hansra
                                    Attorneys for Plaintiff HARIT NIJJAR
                                    dba CODDINGTOWN DENTAL CARE